FILED
IN OPEN COURT

DEC 22

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Case No. 1:11-CR-584 |
| ) | |
| MELVIN ERALDO RAMIREZ, ) | Illegal Reentry |
| a/k/a "Benigno A. Medrano Centano," ) | 8 U.S.C. § 1326(b)(2) |
| a/k/a "Benigno Medrano-Centeno," ) | |
| a/k/a "Benigno Amilcar Centeno-Medrano," ) | |
| a/k/a "Benigno Medrano," ) | |
| a/k/a "Carlos Alberto Samayoa," ) | |
| a/k/a "Melvin Ramirez," ) | |
| a/k/a "Melvin E. Ramiez," ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

December 2011 Term – at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

On or about April 21, 2011, in Prince William County, Virginia, within the Eastern District of Virginia, the Defendant, MELVIN ERALDO RAMIREZ, a/k/a "Benigno A. Medrano Centano," a/k/a "Benigno Medrano-Centeno," a/k/a "Benigno Amilcar Centeno-Medrano," a/k/a "Benigno Medrano," a/k/a "Carlos Alberto Samayoa," a/k/a "Melvin Ramirez," a/k/a "Melvin E. Ramiez," an alien, was found in the United States, after having been removed therefrom on or about January 24, 2003, March 5, 2005, October 5, 2007, and June 13, 2008, without having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, and subsequent to convictions for the commission of aggravated felonies.

(In violation of Title 8, United States Code, Section 1326(b)(2)).

A TRUE BILL

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

Neil H. MacBride
United States Attorney

_____
Foreperson

By: /s/
Brian D. Harrison
Special Assistant United States Attorney