JS 45 (01/2008)

# Criminal Case Cover Sheet    U.S. District Court

**Place of Offense:**   Under Seal: Yes ___ No X    Judge Assigned: ____

City _____ Superseding Indictment ____    Criminal Number: 11CR584

County/Parish Prince William   Same Defendant ____   New Defendant ____

Magistrate Judge Case Number ____    Arraignment Date: ____

Search Warrant Case Number ____

R 20/R 40 from District of ____

Related Case Name and No: ____

**Defendant Information:**

Juvenile -- Yes ___ No X   FBI # ____

Defendant Name: Melvin Eraldo Ramirez    Alias Name(s) Benigno A. Medrano Centano, Benigno Medrano-Centeno, Benigno Amilcar Centeno-Medrano, Benigno Medrano, Carlos Alberto Samayoa, Melvin Ramirez, Melvin E. Ramiez

Address: Woodbridge, VA

Employment: ____

Birth date xx/xx/1981  SS# xxx-xx-4274  Sex M  Def Race Hispanic  Nationality ____  Place of Birth El Salvador

Height 65"   Weight 230   Hair Black   Eyes Brown   Scars/Tattoos ____

Interpreter: __No  X Yes. List language and/or dialect: Spanish   Automobile Description ____

**Location Status:**

Arrest Date ____

X  Already in Federal Custody as of   4/21/2011   in ICE

___ Already in State Custody    ___ On Pretrial Release    ___ Not in Custody

X  Arrest Warrant Requested     ___ Fugitive              ___ Summons Requested

___ Arrest Warrant Pending      ___ Detention Sought      ___ Bond ____

**Defense Counsel Information:**

Name: ____         ___ Court Appointed    Counsel conflicted out: ____

Address: ____      ___ Retained

Telephone: ____    ___ Public Defender    Federal Public Defender's Office conflicted out: ____

**U.S. Attorney Information:**

SAUSA Brian Harrison   Telephone No: 703-299-3700   Bar # ____

**Complainant Agency, Address & Phone Number or Person & Title:**

Kevin Ho, Deportation Officer, ICE

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 8 U.S.C. § 1326(b)(2) | Illegal reentry (agg. felony) | 1 | Felony |
| Set 2 | | | | |
| Set 3 | | | | |

(May be continued on reverse)

Date: 12/14/11   Signature of SAUSA: ____