# ATTACHMENT B

Fairfax County General District (Pay Online)
Traffic Case Details Page : GT01026307-00

| Case Number:<br>GT01026307-00 | File Date:<br>02/27/2001 | Complainant:<br>SMITH, D B | Locality:<br>COUNTY OF FAIRFAX |
|---|---|---|---|
| Defendant:<br>RAMIREZ, MELVIN ERALDO | | Defense Attorney:<br>PUBLIC DEFENDER C329 | |
| Address:<br>FALLS CHURCH, VA 22042 | | | |
| Sex:<br>Male | Race:<br>White Caucasian(Non-Hispanic) | | DOB:<br>04/27/**** |
| Charge:<br>FAIL TO STOP/ ACCIDENT - MISD | Code Section:<br>B.46.2-894 | Case Type:<br>Misdemeanor | Class:<br>1 |
| Amended Charge:<br>FAIL STOP SCENE OF ACC - $250 | Amended Code:<br>A.46.2-896 | Amended Case Type:<br>Misdemeanor | |
| Offense Date:<br>02/26/2001 | | Arrest Date:<br>02/26/2001 | |

### Hearings

| Number | Date | Time | Result | Hearing Type | Courtroom | Plea | Min | Continuance Code |
|---|---|---|---|---|---|---|---|---|
| 01 | 04/04/2001 | 09:30 AM | Continued | Adjudicatory | 1B | | 000 | Bench Warrant |
| 02 | 05/22/2001 | 09:30 AM | Continued | Adjudicatory | 1A | | 000 | Other |
| 03 | 06/19/2001 | 09:30 AM | Continued | Adjudicatory | 1A | | 000 | Defendant |
| 04 | 07/17/2001 | 09:30 AM | Finalized | Adjudicatory | 1B | Guilty | 000 | |

| Final Disposition in District Court:<br>Guilty | Fines/Costs Paid: | Fine/Costs Paid Date: |
|---|---|---|
| Sentence Time:<br>00Months 000Days 00Hours | Sentence Suspension Time:<br>00Months 000Days 00Hours | Operator License Suspension Time:<br>00Years 00Months 000Days |
| Fine:<br>$100.00 | | Cost:<br>$114.00 |
| Operator License Restriction Codes: | Restriction Start Date: | Restriction End Date: |
| VASAP: | | |

| Mark For Payment | Search List | Main Menu | Logoff |

Build #: 4.2.6

Fairfax County General District (Pay Online)
Traffic Case Details Page : GT01026308-00

| Case Number:<br>GT01026308-00 | File Date:<br>02/27/2001 | Complainant:<br>SMITH, D B | Locality:<br>COUNTY OF FAIRFAX |
|---|---|---|---|
| Defendant:<br>RAMIREZ, MELVIN ERALDO | | Defense Attorney:<br>PUBLIC DEFENDER C329 | |
| Address:<br>FALLS CHURCH, VA 22042 | | | |
| Sex:<br>Male | Race:<br>White Caucasian(Non-Hispanic) | | DOB:<br>04/27/**** |
| Charge:<br>DRIV UNDER REVO/SUSPENSION | Code Section:<br>46.2-301 | Case Type:<br>Misdemeanor | Class: |
| Amended Charge: | Amended Code: | Amended Case Type: | |
| Offense Date:<br>02/26/2001 | | Arrest Date:<br>02/26/2001 | |

### Hearings

| Number | Date | Time | Result | Hearing Type | Courtroom | Plea | Min | Continuance Code |
|---|---|---|---|---|---|---|---|---|
| 01 | 04/04/2001 | 09:30 AM | Continued | Adjudicatory | 1B | | 000 | Bench Warrant |
| 02 | 05/22/2001 | 09:30 AM | Continued | Adjudicatory | 1A | | 000 | Other |
| 03 | 06/19/2001 | 09:30 AM | Continued | Adjudicatory | 1A | | 000 | Defendant |
| 04 | 07/17/2001 | 09:30 AM | Finalized | Adjudicatory | 1B | Guilty | 000 | |

| Final Disposition in District Court:<br>Guilty | Fines/Costs Paid: | Fine/Costs Paid Date: |
|---|---|---|
| Sentence Time:<br>00Months 090Days 00Hours | Sentence Suspension Time:<br>00Months 060Days 00Hours | Operator License Suspension Time:<br>00Years 00Months 090Days |
| Fine:<br>$200.00 | | Cost:<br>$202.00 |
| Operator License Restriction Codes: | Restriction Start Date: | Restriction End Date: |
| VASAP: | | |

| Mark For Payment | Search List | Main Menu | Logoff |

Build #: 4.2.6