APRIL 25, 2012

To whom it may concern,

I Maria Samayoa, mother of Melvin Ramires I'm asking you to please not to send my son back to El Salvador. He is being threaten to be killed by gangs these gangs have killed all my brothers. I'm asking you to please let him stay with me and his brother and sister (Carmen, Esmeralda and Saul). Thank You for all your help.

Sincerely,

*Maria Samayoa*
Maria Samayoa

*Nelly Ramirez*

## STATEMENT OF MARIA SAMAYOA
### Supplement to Form I-589

I Maria Julia Samayoa I lived in Zapotitan Hacienda, Colonia San Francisco, Casa # 16, La Libertad Department, El Salvador.

I lived in Zapotitan Canton, with my four children and their father, my boyfriend. Since 1979, the guerrillas started to harassed us asking for food, money, firearms. In addition they tried to convince us to join their cause.

In 1982, my boyfriend, Luis Ramirez, joined the military because he was tired of being harassed by the guerrillas. In 1988, while he was serving in the military, he was seriously injured by a bomb. He was in the hospital for 40 days.

In 1987, my brother Ricardo Samayoa who was serving in the military, died in the Cerro of Morazan in a clash with the guerrillas.

In September my mother Natalia Samayos died due to an accident.

The guerrillas continued harassing us asking for food, money, firearms. The scenes of death that my children and I were forced to see everyday, made me to take a serious decision, to flee El Salvador. I left my children

-PAGE 2-

with my father, Juan Antonio Samayoa, and I put together the money to flee El Salvador. I entered the United States on January 27, 1990.

Since then I tried to bring my children with me. The peace accord was signed at the end of 1990 but death and disappearances still occur.

In February 13, 1994 my brother Manuel Samayoa was tortured and killed and in March 23, 1994, my brother Carlos Samayoa was killed. They both served in the military. Also in 1994 my brother Andres Samayoa disappeared and we have idea of his end.

Finally my children entered the United States on May 1994. I had believed that El Salvador was very dangerous for them. I was worried of similar events could suffer them.

After all these sorrows, finally my family is together. I married, Jose Sandoval, on October 3, 1992 and he is a wonderful stepfather for my children. They are going to school and they are doing really well.

Dear Judge

    Im Leslie C. Lopez, Melvin E. Ramirez fiance. We've been together for about 5 years. For as long as i've known him, he's always been a good, wonderful, Caring father & fiance. Also a hard working person. There's never a time, he wouldn't provided his kids or family with anything. Every week that he had his kids he would provided them with any they would need, & Even if they wasn't with him he would still provided. He loves his kids dearly. his kids are his life. We also have a 15 month daughter that he hasn't had the chance to spend time with. It hurts me alot to watch my daughter grow-up without her father & not being able to be around. & for his two boys. Please, don't send him back, if he goes back he's going to be in danger. For his family has been thread & killed. I don't want that or for my family. Or if it would also help, Im willing to leave the Country, since we're not from the same country, Im willing to go to Guatemala & keeping him from backing back to the states & make sure he stays there. And keeping our beautiful family together. And if this will help, please don't send him

back, Please. He deserves to be with his family he adores & loves. Thanks for reading my letter.

Sincerly,
Leslie C. López